## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          CR. NO. 10 -334

              v.                  (Judge Rambo          )

MICHAEL WAYNE COOK,

         Defendant.


## INDICTMENT


THE GRAND JURY CHARGES THAT:


## COUNT I


On or about March 18, 2007, in Dauphin County, within the Middle District

of Pennsylvania, the defendant,

## MICHAEL WAYNE COOK,

having been convicted of a felony that is a crime of violence and an offense under

the laws of the State of Minnesota that would constitute a crime of violence if it

occurred within the special maritime and territorial jurisdiction of the United

States, did knowingly purchase, own, and possess body armor.

All in violation of Title 18 United States Code, Section 931.


PETER J. SMITH
United States Attorney