IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:10-CR-00334 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| MICHAEL WAYNE COOK, | : | (Electronically Filed) |
| | : | |

**REQUEST FOR WRITTEN SUMMARY
OF EXPERT TESTIMONY**

Pursuant to Federal Rule of Criminal Procedure 16 (a)(1)(G), Michael Wayne Cook requests a written summary of any testimony the government intends to introduce under Rules 702, 703, or 705 in its case in chief.

Respectfully submitted,

Date:  April 13, 2011

*/s/ Thomas A. Thornton*
THOMAS A. THORNTON, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA44208
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*<thomas_thornton@fd.org>*
*Attorney for Michael Wayne Cook*

## **CERTIFICATE OF SERVICE**

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Request for Written Summary of Expert Testimony**, via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

>WESLEY P. PAGE, ESQUIRE
>Assistant United States Attorney
>
>MICHAEL W. COOK

Date: April 13, 2011
            */s/ Thomas A. Thornton*
            THOMAS A. THORNTON, ESQUIRE
            Assistant Federal Public Defender
            Attorney ID #PA44208
            100 Chestnut Street, Suite 306
            Harrisburg, PA 17101
            Tel. No. (717) 782-2237
            Fax No. (717) 782-3881
            *<thomas_thornton@fd.org>*
            *Attorney for Michael Wayne Cook*