## UNITED STATES v. MICHAEL WAYNE COOK

**JUDGE RAMBO**                                                              **CR. NO.      1:CR-10-334**

**MIDDLE DISTRICT OF PENNSYLVANIA**                          **DATE:  APRIL 20, 2011**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|------|-----|-------------------------------|------------|----------|--------|-------------------|
| 1 | | CONSENSUAL RECORDING - 2/5/07 | | | | |
| 1.1 | | CLIP - CYCLOPS OFFERS TO SET UP COOK WITH SOURCE TO BUY GUN (MENTIONS COOK TERRORISTIC THREATS CONVICTION) | | | | |
| 1.2 | | CLIP - CYCLOPS AND COOK DISCUSS WHAT KIND OF GUNS TO PURCHASE | | | | |
| 1.3 | | CLIP - COOK DISCUSSES NOT STAYING LAW ABIDING, NOT REVEALING HIS PLAN, BUILDING MILITARY ORGANIZATION | | | | |
| 1.4 | | CLIP - COOK WANTS TO FORM MILITANT WING OF CREATIVITY MOVEMENT | | | | |
| 1.5 | | CLIP - COOK HAS GUTS TO FOLLOW THROUGH | | | | |

<u>UNITED STATES v. MICHAEL WAYNE COOK</u>

**JUDGE RAMBO**                                                        **CR. NO.      1:CR-10-334**

**MIDDLE DISTRICT OF PENNSYLVANIA**                        **DATE:  APRIL 20, 2011**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|------|-----|-------------------------------|------------|----------|--------|------------------|
| 1.6 | | CLIP - COOK WANTS REVENGE ON THOSE RESPONSIBLE FOR HALE'S IMPRISONMENT | | | | |
| 2 | | CONSENSUAL RECORDING - 3/2/07 | | | | |
| 2.1 | | CLIP - COOK AND CYCLOPS DISCUSS GUN SHOW PLANS; COOK ASKS CYCLOPS TO BUY A GUN | | | | |
| 2.2 | | CLIP - COOK SAYS GUNS ARE GOOD TO HAVE, BUT DON'T NEED REAL ONES RIGHT NOW | | | | |
| 3 | | CONSENSUAL RECORDING - 3/18/07 | | | | |
| 3.1 | | CLIP - COOK LOOKS AT VEST FOR FIRST TIME | | | | |
| 3.2 | | CLIP - COOK BUYS VEST | | | | |
| 3.3 | | CLIP - "I JUST BOUGHT A BULLET PROOF VEST" | | | | |

<u>UNITED STATES v. MICHAEL WAYNE COOK</u>

**JUDGE RAMBO**                                                                    **CR. NO.      1:CR-10-334**

**MIDDLE DISTRICT OF PENNSYLVANIA**                          **DATE:  APRIL 20, 2011**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|------|-----|-------------------------------|------------|----------|--------|------------------|
| 3.4 | | CLIP - MILITANT KLAN | | | | |
| 3.5 | | CLIP - PHONE CALL - AIR SOFT | | | | |
| 4 | | CONSENSUAL RECORDING - 3/29/07 | | | | |
| 5 | | CONSENSUAL RECORDING - 3/30/07 | | | | |
| 5.1 | | CLIP - FEEL STING OF MY BULLETS | | | | |
| 5.2 | | CLIP - PLASTIC BULLETS - GOTTA START SOMEWHERE | | | | |
| 5.3 | | CLIP - TRAINING W/AIRSOFT, CAN GET REAL GUN | | | | |
| 6 | | CONSENSUAL RECORDING - 10/21/07 | | | | |
| 6.1 | | CLIP - MILITANT WING OF ORGANIZATION | | | | |

## UNITED STATES v. MICHAEL WAYNE COOK

**JUDGE RAMBO**                                                                    **CR. NO.      1:CR-10-334**

**MIDDLE DISTRICT OF PENNSYLVANIA**                              **DATE:  APRIL 20, 2011**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|------|-----|-------------------------------|------------|----------|--------|------------------|
| 6.2 | | CLIP - SOURCE TALKS ABOUT NEW VEST | | | | |
| 6.3 | | CLIP - LOOKING AT VESTS ONLINE | | | | |
| 7 | | CONSENSUAL RECORDING - 12/5/07 | | | | |
| 7.1 | | CLIP - PICTURES ON INTERNET | | | | |
| 7.2 | | CLIP - MORE PICTURES ON INTERNET | | | | |
| 7.3 | | CLIP - DINGLEDINE NO LONGER MILITANT | | | | |
| 7.4 | | CLIP - WINNERS OF RACIAL HOLY WAR | | | | |
| 7.5 | | CLIP - VESTS AT DEC. 2007G UN SHOW | | | | |
| 8 | | CONSENSUAL RECORDING - 12/9/07 | | | | |

<u>**UNITED STATES v. MICHAEL WAYNE COOK**</u>

**JUDGE RAMBO**                                             **CR. NO.      1:CR-10-334**

**MIDDLE DISTRICT OF PENNSYLVANIA**                         **DATE:  APRIL 20, 2011**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|------|-----|-------------------------------|------------|----------|--------|------------------|
| 8.1 | | CLIP - VENDOR AT GUN SHOW AND VEST | | | | |
| 9 | | CONSENSUAL RECORDING - 3/2/08 | | | | |
| 9.1 | | CLIP - MILITARY TRAINING IN CASE OF ETHNIC CONFLICT | | | | |
| 9.2 | | CLIP - MILITARY TRAINING AND BE READY | | | | |
| 9.3 | | CLIP - GOOD TO BE ARMED | | | | |
| 9.4 | | CLIP - TRAINING WITH AIRSOFT - REAL THING IN TRUNK | | | | |
| 10 | | CONSENSUAL RECORDING 0 3/7/08 | | | | |
| 11 | | MILITARY FLAK JACKET (DEMONSTRATIVE) | | | | |
| 12 | | FBI BALLISTIC VEST (DEMONSTRATIVE) | | | | |

UNITED STATES v. MICHAEL WAYNE COOK

JUDGE RAMBO                                                    CR. NO.      1:CR-10-334

MIDDLE DISTRICT OF PENNSYLVANIA                    DATE:  APRIL 20, 2011

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|------|-----|-------------------------------|------------|----------|--------|------------------|
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |

## UNITED STATES v. MICHAEL WAYNE COOK

**JUDGE RAMBO**                                                              **CR. NO.      1:CR-10-334**

**MIDDLE DISTRICT OF PENNSYLVANIA**                          **DATE:  APRIL 20, 2011**

| PLTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|------|-----|-------------------------------|------------|----------|--------|------------------|
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |
|      |     |                               |            |          |        |                  |